UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC FORD | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:19-cv-00520 (VLB) |
| | : | |
| v. | : | |
| | : | |
| RUSHFORD CENTER | : | |
|    Defendant | : | JUNE 10, 2019 |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Rushford Center ("Rushford"), by and through its undersigned attorneys, hereby answers Plaintiff's Complaint filed April 5, 2019 as follows:

## Jurisdiction

1.    Rushford admits the allegations in Paragraph 1.

## Venue

2.    Rushford admits the allegations in Paragraph 2.

## Statement of Facts

3.    Rushford admits the allegations in Paragraph 3.

4.    Rushford admits upon information and belief that Plaintiff identifies as "an African-American male" and that Plaintiff was employed at Rushford.  Rushford denies the remaining allegations in Paragraph 4.

5.    Rushford admits the allegations in Paragraph 5.

6.    Rushford admits the allegations in Paragraph 6.

7.    Rushford admits the allegations in Paragraph 7.

8.    Rushford denies the allegations in Paragraph 8 and leaves Plaintiff to his proof.

7693604v1

2

9.      Rushford denies the allegations in Paragraph 9 and leaves Plaintiff to his proof.

10.     Rushford denies the allegations in Paragraph 10 and leaves Plaintiff to his proof.

11.     Rushford admits the allegations in Paragraph 11.

12.     Rushford denies the allegations in Paragraph 12.

13.     Rushford denies the allegations in Paragraph 13.

14.     Rushford admits the allegations in Paragraph 14.

15.     Rushford denies the allegations in Paragraph 15.

16.     Rushford denies the allegations in Paragraph 16.

17.     Rushford denies that Jennifer Milardo's title was "secretary." Rushford denies the remaining allegations in Paragraph 17 upon information and belief.

18.     Rushford admits that it has received information indicating that Jennifer Milardo "allowed . . . J.K.[] to live with her."  Rushford denies that J.K. was a client of Rushford at the time.

19.     Rushford denies the allegations in Paragraph 19 and leaves Plaintiff to his proof.

20.     Rushford has insufficient knowledge or information upon which to admit or deny the allegation that "Everyone at the facility was well aware of the relationship between Melardo [*sic*] and J.K."  Rushford denies upon information and belief the remaining allegations in Paragraph 20.

7693604v1

21.   Rushford admits with clarification that a "supervisor, Ben [Moehl] . . . was over the ITP Men and Women and over the clinical staff."  Rushford denies the remaining allegations in Paragraph 21.

22.   Rushford denies the allegations in Paragraph 22.

23.   Rushford admits the allegations in Paragraph 23 but denies that Jennifer Milardo is still employed by Rushford.

24.   Rushford has insufficient knowledge or information upon which to admit or deny the vague allegations in Paragraph 24, as Plaintiff never reported any such potential violation.

25.   Rushford admits the allegations in Paragraph 25, subject to the clarification that the right to sue notice was issued in 2019.

## Count One: Pursuant to Title VII of the Civil Rights Act of 1964

1-25.   Rushford incorporates its responses to Paragraphs 1-25 above as if fully set forth herein.

26.   Rushford denies the allegations in Paragraph 26.

27.   Rushford denies the allegations in Paragraph 27.

## Count Two: Pursuant to 42 U.S.C. § 1981

1-25.   Rushford incorporates its responses to Paragraphs 1-25 above as if fully set forth herein.

26.   Rushford denies the allegations in Paragraph 26.

27.   Rushford denies the allegations in Paragraph 27.

7693604v1

## Prayer for Relief

Rushford denies that Plaintiff is entitled to any of the damages set forth in the demand for relief, or any damages whatsoever.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has not made a reasonable effort to obtain comparable employment and therefore has failed to mitigate his damages, if any.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

THE DEFENDANT,
RUSHFORD CENTER


By:   /s/ Peter J. Murphy
      Peter J. Murphy (ct26825)
      Christopher E. Engler (ct29610)
      pjmurphy@goodwin.com
      cengler@goodwin.com
      Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT  06103-1919
      Telephone: 860-251-5000
      Facsimile: 860-251-5316
      Its Attorneys

7693604v1

5

## CERTIFICATION OF SERVICE

This is to certify that on June 10, 2019, a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES was filed electronically, served by mail on anyone unable to accept electronic filing, and sent by U.S. First Class Mail to the addresses below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Josephine S. Miller, Esq.
152 Deer Hill Avenue, Suite 302
Danbury, CT  06810

Eric Ford
23 Inverness Lane
Middletown, CT  06457

/s/ Peter J. Murphy
Peter J. Murphy

5

7693604v1